No. 1208. HIGLEY v. NEW YORK. June 3, 1946. Petition for writ of certiorari to the County Court, Onondaga County, New York, denied.

No. 1214. JULIAN v. NEW YORK. June 3, 1946. Petition for writ of certiorari to the County Court, Chemung County, New York, denied.

No. 1222. WHITEHEAD v. JACKSON, WARDEN. June 3, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied.

No. 1226. MARR v. RAGEN, WARDEN. June 3, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1234. RENNINGER v. NEW YORK. June 3, 1946. Petition for writ of certiorari to the County Court of Delaware County, New York, denied.

No. 1249. LESLIE v. NEW YORK. June 3, 1946. Petition for writ of certiorari to the County Court of Erie County, New York, denied.

No. 1257. BUCKLEY v. NEW YORK. June 3, 1946. Petition for writ of certiorari to the Appellate Division, 4th Department, of New York, denied.